**94–349.** Hausman v. Dayton. *Montgomery County,* No. 13647. Reported at 73 Ohio St.3d 671, 653 N.E.2d 1190. On motion for reconsideration. Motion denied.

**94–355.** State v. Hill. *Hamilton County,* No. C–920497. Reported at 73 Ohio St.3d 433, 653 N.E.2d 271. On motion for reconsideration. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

**94–372.** State v. Joseph. *Allen County,* No. 1–91–11. Reported at 73 Ohio St.3d 450, 653 N.E.2d 285. On motion for reconsideration. Motion denied.

MOYER, C.J., and COOK, J., dissent.

WRIGHT, J., not participating.

**94–375.** Cent. Motors Corp. v. Pepper Pike. *Cuyahoga County,* No. 64422. Reported at 73 Ohio St.3d 581, 653 N.E.2d 639. On motion for reconsideration and on *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI by city of Pepper Pike. Motions denied.

PFEIFER, J., dissents.

**94–756.** State v. Gumm. *Hamilton County,* No. C–920907. Reported at 73 Ohio St.3d 413, 653 N.E.2d 253. On second amended motion for reconsideration. Motion denied.

**94–1924.** Evilsizor v. Tracy. Board of Tax Appeals, No. 93–B–1034. Reported at 73 Ohio St.3d 297, 652 N.E.2d 979. On motion for reconsideration. Motion denied.

**95–435.** State v. Cooey. *Summit County,* No. 12943. Reported at 73 Ohio St.3d 411, 653 N.E.2d 252. On motion for reconsideration. Motion denied.

COOK, J., not participating.

**95–946.** State ex rel. Cleveland v. Pub. Util. Comm. In Mandamus. Reported at 73 Ohio St.3d 1207, 653 N.E.2d 389. On motion for reconsideration. Motion granted and cause restored to the court's calendar.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–1119.** State v. Tippman. *Allen County,* No. CA94090069. Reported at 73 Ohio St.3d 1412, 651 N.E.2d 1310. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**95–1332.** State v. Smith. *Cuyahoga County,* No. 66497. Reported at 73 Ohio St.3d 1424, 652 N.E.2d 798. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**95–1609.** State v. Banks. *Franklin County,* No. 87AP–83. Reported at 73 Ohio St.3d 1456, 654 N.E.2d 1269. On October 4, 1995, appellant filed an untimely motion for reconsideration of this court's entry of September 21, 1995. Rule XIV(1)(C) of the Rules of Practice of the Supreme Court prohibits the filing of a document that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's motion for reconsideration be, and hereby is, stricken, effective October 17, 1995.

## MISCELLANEOUS DISMISSALS

**95–1629.** State ex rel. Wade v. Indus. Comm. *Franklin County,* No. 94APD06–783. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective October 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.